**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**.................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008   Facsimile:  (530) 243-1648

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH HOGREFE,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE COUNTY OF TRINITY;<br>TRINITY COUNTY SHERIFF'S OFFICE;<br>SARGEANT DAN KARTCHNER, in his individual and official capacity as Detective for the Trinity County Sheriff's Office;<br>DETECTIVE PALMER, in his individual and official capacity as Detective for the Trinity County Sheriff's Office;<br>TRINITY COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br>TRINITY COUNTY CHILD PROTECTIVE SERVICES;<br>DONNA GORDON, in her individual and Official capacity with Trinity County Child Protective Services;<br>NORTHERN CALIFORNIA YOUTH AND FAMILY SERVICES;<br>SALLY MCFALL, in her individual and official capacity with Northern California Youth and Family Services;<br>DOLORES WILLIAMS, in her individual and official capacity with Northern California Youth and Family Services;<br>and DOES 1 through 100, Inclusive,<br><br>        Defendants. | No.  2:20-cv-01038-MCE-DMC<br><br>**ORDER RE STIPULATION BY THE PARTIES TO STAY FEDERAL CASE NO. 2:20-CV-01028-MCE-DMC PENDING RESOLUTION AND RULING ON PLAINTIFF'S PETITION FOR LATE CLAIM TO BE FILED IN TRINITY COUNTY SUPERIOR COURT** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re Stipulation to Stay Federal Case No. 2:20-CV-01038**

Having reviewed the parties' stipulation to stay the present case, Case No. 2:20-CV-01038-MCE-DMC, in its entirety until the filing, resolution and ruling by the Trinity County Superior Court on Plaintiff's Petition for Late Claim in that court, and good cause appearing, the parties' stipulation (ECF No. 12) is adopted as the Court's Order and the above referenced matter is hereby STAYED pending such ruling.  The parties are directed to file a Joint Status Report not later than thirty (30) days following the disposition of that matter by the Trinity Court Superior Court, and in the absence of such resolution not later than sixty (60) days following the date of this Order, and every sixty (60) days thereafter.

IT IS SO ORDERED.

Dated:  July 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
Order Re Stipulation to Stay Federal Case No. 2:20-CV-01038