**CATHLEEN THERESA BARR**............................State Bar No. 295538
**BRANDON STORMENT** ......................................State Bar No. 267260
**ESTEE LEWIS** ......................................................State Bar No. 268358
**ANDREW S. PLETCHER (OF COUNSEL)**…… State Bar No. 299437
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008  Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH HOGREFE,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>THE COUNTY OF TRINITY;<br>TRINITY COUNTY SHERIFF'S OFFICE;<br>SARGEANT DAN KARTCHNER, in his individual and official capacity as Detective for the Trinity County Sheriff's Office;<br>DETECTIVE PALMER, in his individual and official capacity as Detective for the Trinity County Sheriff's Office;<br>TRINITY COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br>TRINITY COUNTY CHILD PROTECTIVE SERVICES;<br>DONNA GORDON, in her individual and Official capacity with Trinity County Child Protective Services;<br>NORTHERN CALIFORNIA YOUTH AND FAMILY SERVICES;<br>SALLY MCFALL, in her individual and official capacity with Northern California Youth and Family Services;<br>DOLORES WILLIAMS, in her individual and official capacity with Northern California Youth and Family Services;<br>and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | No.  2:20-CV-01038-MCE-KJN<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Order Re Stipulation for Dismissal of Entire Action

**IT IS HEREBY ORDERED** that this Action may be, and hereby is, dismissed, with prejudice, and with each side to bear their own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 10, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**Order Re Stipulation for Dismissal of Entire Action**